UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DAVID LEE HILL | CIVIL ACTION NO. 08-272-P |
| VERSUS | JUDGE HICKS |
| DAMON D. KERVIN, ET AL | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint seeking monetary compensation for his allegedly unconstitutional convictions and sentence is **DISMISSED WITH PREJUDICE** as frivolous pursuant to Section 1915(e) until such time as the Heck conditions are met and that Plaintiff's request for habeas relief is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Supplement [Doc. No. 10] is hereby **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 3rd day of June, 2008.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE